AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOLLAND, H. Russel | District of Alaska | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
222 West 7th Avenue - Unit 54
Anchorage, Alaska 99513

***IMPORTANT NOTES:*** ***The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member; Board of Directors | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOLLAND, H. Russel | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Federal Judges Ass'n | May 4-6, 2014 | Washington, D.C. | Board Meeting | Hotel & Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HOLLAND, H. Russel** | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CMS Energy | A | Dividend | K | T | | | | | |
| 2. Nordstrom, Inc. | B | Dividend | L | T | | | | | |
| 3. MS Liquid Asset Fund (Individual Liquid....) | A | Dividend | K | T | | | | | |
| 4. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 5. First National Bank Alaska | A | Interest | N | T | | | | | |
| 6. Bank of America - Cash | A | Interest | | | Closed | | K | A | see Note; part VIII |
| 7. Bank of America / Portland, Oregon | A | Interest | K | T | | | | | |
| 8. Pepsico | A | Dividend | K | T | | | | | |
| 9. Franklin Value Mark II Variable Annuity | A | Dividend | K | T | | | | | |
| 10. First National Bank Alaska / Savings | A | Interest | | | Closed | 11/05/14 | K | A | Transfer to Checking A/C |
| 11. Merrill Lynch (formerly B of A Investment Cash A/C) | A | Dividend | K | T | | | | | |
| 12. Yum Brands (formerly Tri-Global Restaurant) | A | Dividend | J | T | | | | | |
| 13. Franklin Income Fund | D | Dividend | M | T | Buy (add'l) | 01/24/14 | K | | Acquired Add'l |
| 14. Cisco Systems, Inc. | A | Dividend | J | T | Sold (part) | 01/23/14 | J | A | Fractional shares retained |
| 15. Pfizer | A | Dividend | | | Sold | 01/23/14 | J | A | |
| 16. Hewlett Packard | A | Dividend | J | T | | | | | see Note; part VIII |
| 17. Boeing Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HOLLAND, H. Russel | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northrim Bank | A | Dividend | K | T | | | | | |
| 19. Agilent Technologies | A | Dividend | | | Sold | 01/23/14 | J | A | |
| 20. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 21. MetLife | A | Dividend | J | T | | | | | |
| 22. Trust #1 [Lines 23 through 42, inclusive]: (H) | | | | | | | | | |
| 23. --Bond; Royal Bank of Scotland | B | Interest | | | Sold | 03/10/14 | J | A | |
| 24. --MS Bank (formerly MSDW Active Assets Money Trust) | A | Interest | M | T | | | | | |
| 25. --Coca Cola Co. | A | Dividend | K | T | | | | | |
| 26. --Google, Inc. | | None | L | T | | | | | |
| 27. --Intel Corp. | A | Dividend | K | T | | | | | |
| 28. --Johnson & Johnson | B | Dividend | L | T | | | | | |
| 29. --Microsoft Corp. | A | Dividend | K | T | | | | | |
| 30. --3M Company | A | Dividend | L | T | | | | | |
| 31. --Novartis AG ADR | A | Dividend | K | T | | | | | |
| 32. --Proctor & Gamble | B | Dividend | K | T | | | | | |
| 33. --Eaton Vance / Muni. Bond | B | Dividend | K | T | | | | | |
| 34. --Exelon Corp. | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Abbott Laboratories (ABT) | B | Dividend | J | T | | | | | |
| 36. --ABBVIG (ABBV) | A | Dividend | K | T | | | | | |
| 37. --Apple Inc. | A | Dividend | K | T | | | | | |
| 38. --Goldman Sachs (bond) | A | Interest | K | T | | | | | |
| 39. --Franklin OR / tax free | C | Interest | L | T | Buy (add'l) | 10/10/14 | L | | |
| 40. --Schlumberger (SLB) | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 41. --Kayne Anderson (KYN) | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 42. --CTF ProShares TR (SQQQ) | | None | J | T | Buy | 11/28/14 | J | | |
| 43. Comcast Corp. | A | Dividend | J | T | | | | | |
| 44. One Point, f/k/a Portland Teachers Cr.Union - savings A/C | A | Interest | J | T | | | | | |
| 45. Met Life - whole life | A | Interest | J | T | | | | | |
| 46. Met Life - whole life | A | Interest | J | T | | | | | |
| 47. Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 48. American General - whole life | A | Interest | K | T | | | | | |
| 49. American General - whole life | A | Interest | K | T | | | | | |
| 50. Canada Life - whole life | A | Interest | J | T | | | | | |
| 51. MONY - whole life | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Massachusetts Mutual - flexible retirement annuity | D | Dividend | K | T | | | | | |
| 53. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 54. Nationwide Annuity (formerly AIG Annuity) | C | Dividend | M | T | | | | | |
| 55. ML Personal Advisor Multi-Asset Sector ETF Portfolio | B | Dividend | M | T | | | | | |
| 56. Alaska Communications Systems | | None | J | T | | | | | |
| 57. General Communications | | None | J | T | | | | | |
| 58. First National Bank Alaska | A | Dividend | K | T | | | | | |
| 59. Bank of America - Franklin Oregon Tax Free <Header> | | | | | Sold (part) | 01/23/14 | K | A | See also, #61 |
| 60. | C | Interest | M | T | Buy | 10/03/14 | K | | |
| 61. PIMCO All Asset / All Authority | B | Dividend | | | Sold | 09/30/14 | L | A | |
| 62. Blackrock Global Allocation (IRA account) | A | Dividend | J | T | | | | | |
| 63. Columbia Cash Reserves Daily (IRA account) | A | Interest | J | T | | | | | |
| 64. Northrim Bank (CDs) | A | Interest | K | T | | | | | |
| 65. Angel Oak Multi- Strategy (ANCGX) | A | Dividend | K | T | Buy | 09/30/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **HOLLAND, H. Russel** | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lns. 6 & 7: Bank of America. On an unknown date before 2014, these two items were consolidated into a single Bank of America account.

Part VII, ln. 16: Hewlett Packard. Correction: reported sold on previous report. [redacted] shares were sold; filer's shares were not sold. Value codes in Col. C correct.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/07/2015 |

## IX. CERTIFICATION.

**I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.**

**I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.**

**Signature: s/ H. Russel HOLLAND**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544